ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 / Entered

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ISAIAH CORTEZ POSEY,           ) Case No. CV 10-1779-GW (JPR)
                               )
            Petitioner,        )
                               )      J U D G M E N T
       vs.                     )
                               )
K. HARRINGTON, Warden,         )
                               )
            Respondent.        )
_____)

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 7, 2013

_____
GEORGE H. WU
U.S. DISTRICT JUDGE